**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

  vs.                                                                                       No. CIV 08-493 JB/LFG
                                                                                        CR 07-1050 JB

MANUEL GUERRERO-MARQUEZ,

        Defendant-Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDED DISPOSITION
AND DISMISSING ACTION WITH PREJUDICE**

      **THIS MATTER** came before the Court on the Magistrate Judge's Findings and Recommended Disposition, filed September 3, 2008 (Doc. 10). Defendant-Movant Manuel Guerrero-Marquez has not filed objections, and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition except as follows: (i) in the first and fifth line of paragraph 14 on page 5, the name "Diaz" is deleted and substituted with the name "Guerrero-Marquez"; and (ii) in the next-to-the-last line in paragraph 19 on page 7, the spelling of the word "finidn" is changed to "finding".

      **IT IS ORDERED** that the United States Magistrate Judge's findings and recommended disposition are adopted by the Court, except as follows: (i) in the first and fifth line of paragraph 14 on page 5, the name "Diaz" is deleted and substituted with the name "Guerrero-Marquez"; and (ii) in the next-to-the-last line in paragraph 19 on page 7, the spelling of the word "finidn" is changed to "finding"; the motion is denied; and this action be, and it hereby is, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE